UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

CitiFinancial, Inc.
**MOVANT**

BANKRUPTCY CASE NO.
08-43466
CHAPTER 13

Elnora Fuentecilla
**DEBTOR (S)**

### WITHDRAW OF CLAIM
### Number# 12

Creditor, CitiFinancial Mortgage Company Inc. Successors and/or assigns, hereby withdraws its Proof of Claim filed on December 4, 2008 the above-entitled matter in the sum of $15,497.61 (Fifteen thousand Four Hundred Ninety-Seven Dollars and Sixty One cents).

Dated: December 4, 2008

*Keenan C. Culpepper*

Keenan C. Culpepper - Representative
For CITIFINANCIAL MORTGAGE CORPORATION